IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MICHAEL S. OWL FEATHER-GORBEY,  )
                                )
            Plaintiff,          )
                                )         1:22CV398
     v.                         )
                                )
MA-TOC-I-AA-SA, et al.,         )
                                )
            Defendant(s).       )

**ORDER**

The Text Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on December 20, 2022, was served on the parties in this action. No objections were filed within the time limits prescribed by section 636.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Amend or Supplement Claim for Land and Damages (Doc. 6) is construed as a motion for relief from judgment under Federal Rule of Civil Procedure 60(b) and it is DENIED for lack of merit.

                              /s/   Thomas D. Schroeder
                              United States District Judge

January 25, 2023